UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:17-CR-57-JTM-JEM |
| | ) | |
| SEAN MATTHEW PATTY, | ) | |
|     Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS**
**OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:    THE HONORABLE JAMES T. MOODY,
         UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On October 19, 2022, the United States Government appeared by counsel Assistant United States Attorney Nicholas Padilla, and Defendant Sean Matthew Patty appeared in person and by counsel Roxanne Mendez-Johnson and in the custody of the United States Marshal. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On October 16, 2017, Defendant Patty pled guilty to the Indictment (felon in possession of a firearm) and on September 18, 2018, Judge Joseph S. Van Bokkelen sentenced him to a term of 51 months followed by 2 years supervised release subject to specified written terms and conditions.

On November 23, 2021, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 59], and an arrest warrant was issued. On December 1, 2021, an Initial Appearance was held, at which time Defendant Patty was detained.

On October 6, 2022, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and N.D. Ind. Local Rule 72-1.

As a result of the October 19, 2022, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Patty has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Patty understands the proceedings, allegations and his rights;

3. Defendant Patty knowingly and voluntarily admitted that he committed the offense of knowingly using alcohol to excess, i.e., binge drinking [DE 83];

4. The violation is a Grade C violation, Defendant's criminal history category is IV, and the suggested penalty range is 6-12 months incarceration, with a statutory maximum of 24 months.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Patty be adjudged to have committed a violation of his supervised release described in the November 23, 2021 Petition [DE 59];

2. The Agreed Disposition of Supervised Release Violation [DE 83] be accepted; and

3. Defendant Patty be sentenced to a term of time served, with no further term of

supervised release.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 19th day of October, 2022.

                                                          s/ John E. Martin  
                                                          MAGISTRATE JUDGE JOHN E. MARTIN  
                                                          UNITED STATES DISTRICT COURT

cc:    All counsel of record  
       District Judge James Moody