UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:17 CR 57 |
| | ) | |
| SEAN MATTHEW PATTY | ) | |

**O R D E R**

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. Defendant is **ADJUDGED** to have committed the violation of supervised release described in the November 23, 2021, Petition. (DE # 59.) Defendant's supervised release is **REVOKED**. The court accepts the Agreed Disposition of Supervised Release Violation. (DE # 83.) Defendant is sentenced to a term of time served.

**SO ORDERED.**

Date: October 19, 2022

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT